JENPET REALTY CO., INC., *ET AL* v. J. B. ARDLIN, INC.

January 19, 1971. Petition for certification denied. (See 112 *N. J. Super.* 79).

STATE OF NEW JERSEY v. OSCAR DERAMUS.

January 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. BASSILLIO RANDAZZO, *ET AL.*

January 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID GIBSON.

January 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH GALLIPOLI.

January 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND FORCHION.

January 19, 1971. Petition for certification denied.